IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| vs. | § | **CRIMINAL NO. 5:08-CR-53** |
| | § | |
| **MICHAEL COSSEY,** | § | |

## MEMORANDUM ORDER

Before the Court is the Government's Petition for Warrant of Summons for Offender Under Supervision. Dkt. No. 18. The Court held a hearing regarding this matter on August 11, 2009. Dkt. No. 25 (minute entry). After considered all relevant papers and pleadings, is hereby **ORDERED** that Defendant's plea of true to the second, third, fourth, and fifth allegations as set forth in the Government's petition is **ACCEPTED**.

It is further **ORDERED** that Defendant's deferred probation is **REVOKED**. Based upon Defendant's plea of true to the allegations, the Court finds Defendant violated the conditions of his deferred probation.

It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of three (3) months, with one (1) year of supervised release to follow the term of imprisonment. It is requested that the Bureau of Prisons designate FCI Texarkana for service of sentence.

It is further **ORDERED** that Defendant pay a special assessment of $25.00 and a fine of $1,000.00. The Court has determined that the Defendant does not have the ability to pay interest and it is **ORDERED** that the interest requirement be waived for the fine.

It is further **ORDERED** that while on supervised release, Defendant shall not commit another federal, state, or local crime; Defendant shall not unlawfully possess a controlled substance; Defendant shall refrain from any unlawful use of a controlled substance; Defendant shall submit to one drug test within fifteen (15) days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court; Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as the Defendant is released from the program by the probation officer; Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon; Defendant shall provide the probation officer with access to any requested financial information for purposes of monitoring the fine payment; Defendant shall not incur any new credit charges or open additional lines of credit without approval of the probation officer unless payment of the financial obligations ordered by the Court have been paid in full; and Defendant shall not participate in any form of gambling unless payment of any financial obligation ordered by the Court has been paid in full. Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which the Defendant is released.

**SIGNED this 11th day of August, 2009.**

                                                            DAVID FOLSOM
                                                           UNITED STATES DISTRICT JUDGE